IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD MIYO THOMAS, JR.,

    Petitioner,

v.

T. CAUSEY,

    Respondent.

Civ. No. 3:16-cv-00897-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 28), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although no objections were filed, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 28) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 28th day of September, 2017.

                                      /s/ Michael J. McShane
                                        Michael McShane
                                  United States District Judge